# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150102

_____

In re EDWARDS, Minors.

SC: 150102
COA: 320313
Ingham CC Family Division:
12-001627-NA; 12-001628-NA;
12-001629-NA

_____/

On order of the Court, the application for leave to appeal the August 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2014



Clerk

h1007